**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00246-CV

**CELLULAR SALES OF KNOXVILLE, INC., Appellant**

**V.**

**MARTIN E. MCGONAGLE, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-02647**

## ORDER

We **GRANT** appellant's July 2, 2013 unopposed motion for an extension of time to file its brief. Appellant shall file its brief on or before July 11, 2013.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE